# First District Court of Appeal
## State of Florida

_____

No. 1D18-4266
_____

C. C., A Child,

   Appellant,

   v.

State of Florida,

   Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Michael Allen, Judge.

August 5, 2019

Per Curiam.

   Affirmed.

B.L. Thomas, Rowe, and Osterhaus, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

W. Charles Fletcher, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.